IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH ALBRIGHT<br><br>*Plaintiff.*<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY<br>OF PENNSYLVANIA et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 19-00149 |

## ORDER

**AND NOW**, this 18th day of October 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 20), Plaintiff's Response (ECF No. 23), Defendants' Reply (ECF No. 25), and after hearing argument (ECF No. 34), it is hereby **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of Defendants. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.